**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV-00-2610 PAM/JGL**

| | |
|---|---|
| William Schmitz,<br><br>Plaintiff,<br><br>-vs-<br><br>Park Dansan, et al,<br><br>Defendant. | **NOTICE OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff, William Schmitz and his attorneys, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

**THE BARRY LAW OFFICE, LTD.**

By:____________________
Peter F. Barry
Attorney for Plaintiff
Attorney I.D. #: 0266577
1560 Beam Avenue, Suite A
Maplewood, Minnesota 55109
Telephone: (651) 714-8800

**HEAD SEIFERT & VANDER WEIDE**

By:____________________
Thomas V. Seifert
One Financial Plaza, Suite 2400
120 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 339-1601



FILED MAR 08 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENT'D MAR 08 2001
DEPUTY CLERK

**ORDER**

Based on the above Notice for Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against Defendant, shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated: March 8, 2001

The Honorable U.S. District Judge
United States District Court